# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE FIRLEJ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PETROSIAN ESTHETIC ENTERPRISES, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:26−cv−01030−MWC−AGR<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | |
|---|---|---|
| 04/02/2026 | 22 | Application of Non−Resident Attorney to Appear Pro Hac Vice |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The application is stricken. Counsel is directed to file revised application to include Certificates of Good Standing issued within 30−days.

DATED: April 7, 2026

/s/ *Michelle Williams Court*
United States District Judge